UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-379-MOC
(3:10-cr-00088-MOC-1)

| ANTHONY MARKEE ALLEN, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on its own motion on the Government's Response to Order to Show Cause [Doc. 8] and the United States Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431.

For the reasons stated in the Court's Show Cause Order [Doc. 7] and on the Government's agreement that the stay in this matter should be lifted [Doc. 8], the Court will lift the stay and order that the Government has 45 days to file its response to the Petitioner's Section 2255 Motion to Vacate [Doc. 1].

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have forty-five (45) days from this Order to file its response in this matter.

Signed: December 20, 2019

Max O. Cogburn Jr
United States District Judge